AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
FILED
SEP 17 2015
Clerk of Court

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No. M-15-1604-M |
| 1  Jose I. DEL ANGEL-Castillo (YOB: 1997) | ) | |
| 2  Osiel G. RESENDEZ-Guzman (YOB: 1995) | ) | |
| | ) | |

Defendant(s)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __9/16/2015__ in the county of __Hidalgo__ in the __SOUTHERN__ District of __TEXAS__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 USC 841 (a) (1) | Knowingly and intentionally possess with intent to distribute approximately 113 kilograms of marijuana, a schedule I controlled substance. |

This criminal complaint is based on these facts:

On September 16, 2015 at approximately 2:15 a.m., Border Patrol Aerostat observed five subjects carrying suspicious bundle shaped objects to the Rio Grande River south of La Joya, Texas. Aerostat observed the five subjects load the bundles onto a raft and cross the river. At this time, Border Patrol Omaha 92A arrived in the area and observed the subjects arrive on the U.S. side of the river and walk north, while carrying the bundles. Omaha had visual of the subjects until Border Patrol ground units responded to the area. During aerial surveillance, Omaha also observed the subjects sitting on top of the bundles. (Continued on Attachment I)

☑ Continued on the attached sheet.

approved by
AUSA K. Haga

Sworn to before me and signed in my presence.

Date: 9/17/2015

City and state: McAllen, Texas

_____
Complainant's signature
Ashley Brazelton, DEA Special Agent
Printed name and title

_____
Judge's signature
Dorina Ramos, Magistrate Judge
Printed name and title

Attachment I

Upon arriving to the area, which was approximately one mile from the river, BPA's Victor Urbano, Gonzalo Gonzalez, and Paul Philippus BPA Urbano observed five subjects hiding in the brush. The agents also discovered four bundles containing marijuana within a close proximity of the five subjects. Agents arrested the subjects and transported the subjects and the marijuana to the McAllen Border Patrol Station for processing. Subjects arrested and charged with the marijuana are identified as Osiel Guadalupe RESENDEZ-Guzman and Jose Ignacio DEL ANGEL-Castillo. The other subjects were processed under immigration violations. The total weight of the marijuana seized is 113 kilograms.

On same date, at approximately 7:00 a.m., SA Ashley Brazelton and TFO Jorge E. Alvarez arrived at the McAllen Border Patrol Station. TFO Alvarez as witnessed by SA Brazelton, read Jose Ignacio DEL ANGEL-Castillo his Miranda Rights in his preferred language of Spanish. DEL ANGEL-Castillo stated that he understood his rights and agreed to speak with agents. DEL ANGEL-Castillo stated that he was aware the bundles contained marijuana and agreed to smuggle the bundles of marijuana because DEL ANGEL-Castillo needed money for medical bills.

At this time, TFO Alvarez as witnessed by SA Brazelton, read Osiel Guadalupe RESENDEZ-Guzman his Miranda Rights in his preferred language of Spanish. RESENDEZ-Guzman stated that he understood his rights and agreed to speak with agents. RESENDEZ-Guzman stated that he was aware the bundles contained marijuana. RESENDEZ-Guzman stated that while walking home in Mexico, he was approached by two unknown male subjects and pushed inside the vehicle. RESENDEZ-Guzman stated that the driver told him that he needed to smuggle bundles of marijuana from Mexico into the United Stated.